UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FIDUCIARIA TEQUENDAMA, S.A., a
foreign entity,

          Plaintiff,

vs.                      Case No.   2:04-cv-588-FtM-33SPC

CODINEM CONSULTING COMPANY a/k/a
CODINEM CONSULTING COMPANY SUCURSAL
COLOMBIA, a Florida corporation,
RICARDO ARIAS, a Florida resident,
JOSEPH D. ZAKS, a Florida resident,
and PELICAN NATIONAL BANK, a
Florida banking institution,

          Defendants.
_____/

**ORDER**

    This matter comes before the Court sua sponte. On September 8, 2004, the Plaintiff filed a complaint in state court against the Defendants and the U.S. Army Corps of Engineers alleging breach of contract, misrepresentation, conversion and unjust enrichment and seeking an injunction and imposition of a constructive trust (Doc. #2). On November 29, 2004, the Corps removed the action to this Court pursuant to 28 U.S.C. §§ 1142(a)(1) and 1446 (Doc. #1).

    The Plaintiff and the Corps filed a Stipulation of Dismissal of the Corps (Doc. #69) on May 10, 2005, and Court subsequently entered an Order dismissing the Corps (Doc. #70). In light of the dismissal of the Corps, it appears that this Court has been deprived of subject matter jurisdiction over the case. Under 28

U.S.C. § 1447(c), "[i]f at any time before the final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." Therefore, the claims asserted against the remaining parties must be remanded to the state court.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. This case is hereby **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit, in and for Collier County, Florida.

2. The Clerk is further directed to close the case and terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 12th day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record